In the Matter of the Claim of FRANK C. LISSOW, Respondent, against MABBETT MOTORS, INC., Employer, and STATE INSURANCE FUND, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

Submitted February 20, 1939; decided February 28, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 279 N. Y. 585.)

ARTHUR M. FORTE, as Administrator of the Estate of ROBERT FORTE, Deceased, Appellant, *v.* CITY OF ALBANY et al., Defendants, and NEW YORK CENTRAL RAILROAD COMPANY et al., Respondents.

JOSEPH KUTTLER, as Administrator of the Estate of JOHN KUTTLER, Deceased, Appellant, *v.* SAME, Defendants, and SAME, Respondents.

HENRY SWANKER, Appellant, *v.* SAME, Defendants, and SAME, Respondents.

CHARLES A. KEEFE, Appellant, *v.* SAME, Defendants, and SAME, Respondents.

Submitted February 20, 1939; decided February 28, 1939.

Motion for reargument denied, with ten dollars costs and necessary disbursements. (See 279 N. Y. 416.)

WILLIAM J. WOLFSON, Appellant, *v.* SYRACUSE NEWS-PAPERS, INC., Respondent.

Submitted February 20, 1939; decided February 28, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 279 N. Y. 716.)